

# Fourth Court of Appeals
## San Antonio, Texas

April 27, 2020

No. 04-20-00204-CV

### IN THE INTEREST OF B.H.E. AND B.S.E., CHILDREN

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 18-07-0531-CVW
Honorable Russell Wilson, Judge Presiding

## O R D E R

A copy of appellant's notice of appeal was filed in this court on April 6, 2020. The clerk of the court notified the appellant in writing that our records did not reflect that the filing fee in the amount of $205.00 was paid. In addition, our record contains no evidence that appellant is excused by statute or rule from paying the filing fee. *See* TEX. R. APP. P. 5, 20. It is therefore ORDERED that appellant show cause in writing **within fifteen days** of the date of this order that either: (1) the filing fee has been paid; or (2) appellant is entitled to appeal without paying the filing fee. If appellant fails to respond within the time provided, this appeal will be dismissed for failure to pay the filing fee. *See* TEX. R. APP. P. 5, 42.3(c).

In addition, in accordance with section 51.017(a) of the Texas Civil Practice and Remedies Code, a notice of appeal must be served on each court reporter responsible for preparing the reporter's record. TEX. CIV. PRAC. & REM. CODE ANN. § 51.017(a). The clerk of the court notified the appellant in writing that the certificate of service attached to the notice of appeal filed in this appeal does not certify that any court reporter was served. The clerk instructed the appellant to file an amended notice of appeal certifying proper service on the responsible court reporter(s). An amended notice of appeal has not been filed. It is therefore ORDERED that Beauregard Fiegel file an amended notice of appeal in compliance with section 51.017(a) **within fifteen days** from the date of this order. If appellant fails to file an amended notice of appeal within the time provided, an order will be issued directing Mr. Fiegel to appear and show cause why he should not be held in contempt for failing to file the amended notice of appeal. The clerk of this court shall cause a copy of this order to be served on Mr. Fiegel by certified mail, return receipt requested, or give other personal notice of this order with proof of delivery.

All other appellate deadlines are suspended pending further order of this court.

_____
Rebeca C. Martinez, Justice

        IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of April, 2020.

_____
Michael A. Cruz,
Clerk of Court